No. 96–5596.  STYLES v. VANZANDT, SUPERINTENDENT, WASH-
INGTON CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certio-
rari denied.

No. 96–5597.  PERKINS v. DERSTEIN ET AL.  C. A. 10th Cir.
Certiorari denied.

No. 96–5599.  AUGUSTINE v. ROE, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 96–5611.  BOWLING v. CATES, CHIEF JUDGE, CIRCUIT
COURT OF FLORIDA, ALACHUA COUNTY.  Sup. Ct. Fla.  Certio-
rari denied.

No. 96–5614.  STONE v. LOS ANGELES COUNTY DEPARTMENT
OF CHILDREN AND FAMILY SERVICES.  Ct. App. Cal., 2d App.
Dist.  Certiorari denied.

No. 96–5617.  WARD v. CHATER, COMMISSIONER OF SOCIAL
SECURITY.  C. A. 5th Cir.  Certiorari denied.

No. 96–5618.  WHITE v. NORTH CAROLINA.  Sup. Ct. N. C.
Certiorari denied.

No. 96–5622.  BARBEE v. PHILADELPHIA SCHOOL DISTRICT
ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–5624.  MORGART v. WORKMEN'S COMPENSATION AP-
PEAL BOARD OF PENNSYLVANIA ET AL.  Commw. Ct. Pa.  Cer-
tiorari denied.

No. 96–5625.  JOHNSON v. SHILLINGER, WARDEN, ET AL.  C. A.
10th Cir.  Certiorari denied.

No. 96–5630.  JOHNSON v. MERIT SYSTEMS PROTECTION
BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 96–5646.  JEFFERSON v. TENNESSEE.  Ct. Crim. App.
Tenn.  Certiorari denied.

No. 96–5648.  HOYETT v. JOHNSON, WARDEN, ET AL.  C. A.
11th Cir.  Certiorari denied.

No. 96–5680.  DAYSE v. DEPARTMENT OF VETERANS AFFAIRS.
C. A. Fed. Cir.  Certiorari denied.